*Attorneys*

R. Elliot Katherman
James D. Greenberg
John D. Briggs
Dean V. Dominick
Jennifer A. Kline
Anthony M. Georgelis
Timothy L. Salvatore



**KATHERMAN, BRIGGS & GREENBERG** L.L.P.

31 South Queen Street • York, Pennsylvania 17403
717-848-3838 • Fax 717-854-9172

*Limited Practice*

• Personal Injury
• Wrongful Death
• Workers' Compensation
• Insurance Litigation
• Social Security Disability

February 26, 2002

FILED
HARRISBURG, PA
MAR 7 2002
MARY E. D'ANDREA
Per _____ Deputy Clerk

The Honorable Sylvia H. Rambo
U. S. District Courthouse
240 West Third Street
P. O. Box 608
Williamsport, PA 17701

    RE:    Paul K. Fetterhoff v. Fidelity and Guaranty Insurance Company, et al.
             Civil Action No. 1:CV-01-0888

Dear Judge Rambo:

    I am pleased to inform you that the parties have reached a settlement agreement which we expect to be consummated in the very near future.

    Thank you.

                        Sincerely,

                        KATHERMAN, BRIGGS & GREENBERG

                        James D. Greenberg, Esquire

JDG/jeb

cc:    Brooks R. Foland, Esquire